**DISMISS; Opinion issued March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01646-CV

**STUART PATTERSON, Appellant**

**V.**

**MCCALLUM GLEN APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02904-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated December 11, 2012, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days of the date of the letter and cautioned him that failure to do so would result in dismissal of the appeal without further notice.

As of today's date, appellant has not paid the filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

121646F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STUART PATTERSON, Appellant

No. 05-12-01646-CV       V.

MCCALLUM GLEN APARTMENTS, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-02904-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, MCCALLUM GLEN APARTMENTS, recover its costs of this appeal from appellant, STUART PATTERSON.


Judgment entered March 7, 2013.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE